UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BISCOTTI INC.,

    Plaintiff,

v.

MICROSOFT CORPORATION,

    Defendant.

Case No. 17-mc-80010-KAW

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 14

    On February 3, 2017, Petitioner Biscotti, Inc. filed an administrative motion to file under seal. (Dkt. No. 14.) Petitioner sought to file under seal exhibits that were identified by Respondent Twitch as being "highly sensitive and proprietary." (*Id.* at 2.) Per Local Rule 79-5(e), when "the Submitting Party is seeking to file under seal a document designated as confidential by the opposing party . . . (1) [w]ithin 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable."

    As of February 15, 2017, Respondent has not filed the required declaration. Accordingly, Respondent is ordered, on or before **February 21, 2017**, to: (1) file the required declaration establishing that the designated material is sealable, and (2) respond to this order to show cause by explaining why it did not file a timely declaration. Failure to complete both tasks by February 21, 2017 will result in this Court denying Petitioner's motion to file under seal.

    IT IS SO ORDERED.

Dated: February 15, 2017

_____
KANDIS A. WESTMORE
United States Magistrate Judge